UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re The Matter Of:

THE COMPLAINT OF OLYMPIC TUG &
BARGE, INC, CENTERLINE LOGISTICS
CORP. AND HARLEY MARINE
FINANCING LLC, as Owners and/or
Operators of the Vessels BILL GOBEL and
ZIDELL MARINE 277 for Exoneration from
and Limitation of Liability,

Petitioners.

IN ADMIRALTY

Case No. 2:26-cv-00276

ORDER GRANTING MOTION FOR
ORDER APPROVING SECURITY FOR
LIMITATION AND COSTS,
DIRECTING MONITION AND ISSUING
INJUNCTION

On January 23, 2026, Limitation Plaintiffs filed a Verified Complaint for Exoneration From and Limitation of Liability pursuant to Supplemental Admiralty Rule F and 46 U.S.C. § 30501 *et seq.* The Limitation Plaintiffs seek exoneration from and/or limitation of liability in respect of any claims arising out of the events and/or incident that occurred on or about June 15, 2025 aboard the T/V ZIDELL MARINE 277 as it was being towed by the T/B BILL GOBEL in navigable waters off of Alaska.

NOW THEREFORE IT IS HEREBY ORDERED:

1. <u>Monition.</u>    A monition shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks limitation, admonishing them to file their respective claims with the Clerk of this Court in writing, under oath as

ORDER GRANTING MOTION FOR ORDER APPROVING
SECURITY FOR LIMITATION AND COSTS, DIRECTING
MONITION AND ISSUING INJUNCTION - 1

provided for in the Federal Rules of Civil Procedure, and to serve on, or to mail to, the attorney for Limitation Plaintiffs a copy thereof on or before **March 16, 2026** (the "Default Date"), and requiring any person who desires to contest the right to exoneration from or limitation of liability of Limitation Plaintiffs to file an answer to the Complaint and to serve on or mail to the attorneys of record for Limitation Plaintiffs a copy thereof on or before the aforementioned Default Date.

2. <u>Publication.</u>    Limitation Plaintiffs and/or their attorneys shall cause notice of the filing of the Complaint to be published in the Seattle Daily Journal of Commerce once a week for four successive weeks, as provided by Rule F.  Limitation Plaintiffs shall certify to the Court that such publication has been made not later than the Default Date.

3. <u>Notice.</u>        Not later than the day of the second publication, Limitation Plaintiffs and/or its attorneys shall mail a copy of (1) the Monition, (b) Rule F, and (c) this Order to every person known to have asserted any claim or filed an action against the vessels or their owners arising out of the events and/or incident that occurred on or about June 15, 2025, while the vessels were on navigable waters off of Alaska.

4. <u>Claims and Objections.</u>        Persons with (a) claims arising out of the events and/or incident that occurred on or about June 15, 2025 aboard the vessels while they were on navigable waters off of Alaska; or (b) objections to Limitation Plaintiffs' right of exoneration from liability or the right to limitation of liability must file them under oath with the Clerk of this Court and deliver or mail a copy of them to counsel for Limitation Plaintiffs (Molly Henry, Schwabe, Williamson & Wyatt, 1420 5th Ave. Suite 3400, Seattle, WA 98101), no later than the Default Date.

5. <u>Injunction.</u>    The filing, commencement, and/or further prosecution of any and all suits, actions, or legal proceedings of any nature, wherever filed and by whosoever made, except in the present limitation proceedings in respect to any claim or demand against Limitation Plaintiffs, any of their property, including but not limited to the T/V BILL GOBEL

ORDER GRANTING MOTION FOR ORDER APPROVING
SECURITY FOR LIMITATION AND COSTS, DIRECTING
MONITION AND ISSUING INJUNCTION - 2

and the T/B ZIDELL MARINE 277, or their underwriters, arising out of the events and/or incident that occurred on or about June 15, 2025 aboard the ZIDELL MARINE 277 while being towed by the BILL GOBEL in navigable waters off of Alaska, are hereby STAYED, RESTRAINED, and ENJOINED, unless and until the hearing and termination of this proceeding.

6. <u>Ad Interim Stipulation.</u>    The value of the T/V BILL GOBEL and pending freight is stipulated not to exceed the aggregate sum of SEVENTEEN MILLION SEVENTY THOUSAND ($17,070,000).  The value of the T/B ZIDELL MARINE 277 and pending freight is stipulated not to exceed the aggregate sum of THIRTY THREE MILLION FOUR HUNDRED ELEVEN THOUSAND ($33,411,000).  If any claimant by motion demands that further security be given by Limitation Plaintiffs or be increased on the ground that it is less than the value of Limitation Plaintiffs' interests in the vessels and pending freight, the Court will cause due appraisement to be made of Limitation Plaintiffs' interest in the vessels and pending freight and, if the Court finds that the security is either insufficient or excessive, it shall order its increase or reduction. If the amounts of these *ad interim* stipulated values are not contested by any claimant, these stipulated values will stand as stipulations for value, and appraisals by a commissioner will not be required.

7. <u>Security.</u>    Pursuant to Supplemental Admiralty Rule F(1), and with respect to the T/V BILL GOBEL, the Court hereby ACCEPTS and APPROVES, as security, the *Ad Interim* Stipulation of Value and letters of undertaking whereby Assuranceforeningen SKULD (Gjensidig), Olympic Tug & Barge, and Centerline Logistics agree to pay and satisfy (up to and not exceeding) the aggregate amount of SEVENTEEN MILLION SEVENTY THOUSAND AND FIVE HUNDRED ($17,070,500), with interest at six (6%) percent per annum, $500 of which constitutes security for costs pursuant to LAR 120(b).  Pursuant to Supplemental Admiralty Rule F(1), and with respect to the T/B ZIDELL MARINE 277, the Court hereby ACCEPTS and APPROVES, as security, the *Ad Interim* Stipulation of Value and

ORDER GRANTING MOTION FOR ORDER APPROVING
SECURITY FOR LIMITATION AND COSTS, DIRECTING
MONITION AND ISSUING INJUNCTION - 3

letters of undertaking whereby Assuranceforeningen SKULD (Gjensidig), Harley Marine Financing, and Centerline Logistics agree to pay and satisfy (up to and not exceeding) the aggregate amount of THIRTY THREE MILLION FOUR HUNDRED ELEVEN THOUSAND AND FIVE HUNDRED ($33,411,500), with interest at six (6%) percent per annum, $500 of which constitutes security for costs pursuant to LAR 120(b). Claimants' rights to move for rejection of this security are preserved.

DONE this 28th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By:/s/ Molly J. Henry
    Molly J. Henry, WSBA #40818
    Email: mhenry@schwabe.com
    Philip Lempriere, WSBA #20304
    Email: plempriere@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101

    *Attorneys for Olympic Tug & Barge, Inc.;*
    *Centerline Logistics Corporation*
    *and Harley Marine Financing LLC*

ORDER GRANTING MOTION FOR ORDER APPROVING
SECURITY FOR LIMITATION AND COSTS, DIRECTING
MONITION AND ISSUING INJUNCTION - 4