UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re The Matter Of: | IN ADMIRALTY |
| THE COMPLAINT OF OLYMPIC TUG & BARGE, INC, CENTERLINE LOGISTICS CORP. AND HARLEY MARINE FINANCING LLC, as Owners and/or Operators of the Vessels BILL GOBEL and ZIDELL MARINE 277 for Exoneration from and Limitation of Liability, | Case No. 2:26-cv-00276-RSM |
| | STIPULATED MOTION AND ORDER FOR LEAVE TO CONDUCT LIMITED DISCOVERY |
| Petitioners. | |

## I.      STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Olympic Tug & Barge Inc., Centerline Logistics Corp., and Harley Marine Financing LLC, as Owners and/or Operators of the Vessels BILL GOBEL and ZIDELL MARINE 277 (collectively, "Petitioners"), on the one hand, and Claimant Brandon Carroll, on the other, hereby stipulate as follows:

1.      This is a Limitation of Liability Action pursuant to 46 U.S.C. § 30501 *et seq.* The parties seek leave to conduct agreed limited discovery in a state court case whose filing preceded this action.

STIPULATED MOTION AND ORDER FOR LEAVE TO
CONDUCT LIMITED DISCOVERY - 1

2.      On July 25, 2026, Claimant Brandon Carroll ("Claimant") filed a complaint for personal injuries against Petitioners as *Brandon Carroll v. Olympic Tug & Barge, Inc. et al.,* King County Superior Court Cause No. 25-2-21806-6 SEA.

3.      On January 28, 2026, this Court issued an injunction prohibiting "[t]he filing, commencement, and/or further prosecution of any and all suits, actions, or legal proceedings of any nature, wherever filed and by whosoever made, except in the present limitation proceedings in respect to any claim or demand against [Defendants], any of their property, including but not limited to the T/V BILL GOBEL and the T/B ZIDELL MARINE 277, or their underwriters, arising out of the events and/or incident that occurred on or about June 15, 2025, aboard the ZIDELL MARINE 277 while being towed by the BILL GOBEL in navigable waters off of Alaska…" Dkt. No. 8. The Court's January 28 Order set a deadline of March 16, 2026, for the submission of claims in this Limitation Action.  *Id.*

4.      On February 16, 2026, Claimant filed an answer and claim. As of the filing of this Stipulation, no other Claimant has asserted a claim in this action.

5.      The parties seek leave from the Court's January 28 Stay to allow Petitioners and Claimants to conduct: (1) a one-day deposition of Claimant Brandon Carroll relating to liability issues; and (2) a one-day deposition of Petitioners' corporate representative.[1]

6.       The parties believe that completion of this limited discovery will assist the parties in their efforts to work cooperatively in resolving the claims.

7.      The parties are not currently aware of any other claimants in this action and, to the extent other claimants appear, agree to make the witnesses who appear in these two depositions available to those claimants at a later date for questioning so as not to prejudice any later-appearing parties.

---

[1] The parties have met and conferred on the scope of the topics for the corporate representative deposition. Nevertheless, if necessary and to the extent that issues arise regarding the scope of the questioning at the deposition, Petitioners also seek leave to file a motion in the state court case for a protective order.

STIPULATED MOTION AND ORDER FOR LEAVE TO
CONDUCT LIMITED DISCOVERY - 2

8.    The parties respectfully request that the Court enter the submitted proposed order, lifting the Court's Stay *only* to allow for the limited discovery requested.

*We certify that this memorandum contains 473 words, in compliance with the Local Civil Rules.*

Presented by:

Dated this 2nd day of February, 2026.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Molly J. Henry*
    Molly J. Henry, WSBA #40818
    Email: mhenry@schwabe.com
    Philip Lempriere, WSBA #20304
    Email: plempriere@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101

*Attorneys for Petitioners Olympic Tug & Barge, Inc., Centerline Logistics Corporation and Harley Marine Financing LLC*

Dated this 2nd day of February, 2026.

STRITMATTER KESSLER KOEHLER MOORE

By: */s/ Brad J Moore (via email authority)*
    Brad J. Moore, WSBA #21802
    3600 15th Ave W, Ste. 300
    Seattle, WA 98119
    Email: brad@stritmatter.com
    jeanne@stritmatter.com

    Jason A. Itkin, *pro hac vice anticipated*
    Cory D. ltkin, *pro hac vice anticipated*
    Daniel Cassee, *pro hac vice anticipated*
    ARNOLD & ITKIN LLP
    6009 Memorial Drive
    Houston, Texas 77007
    Email: e-service@arnolditkin.com
    jitkin@arnolditkin.com
    citkin@arnolditkin.com
    dcassee@arnolditkin.com

*Attorneys for Claimant Brandon Carroll*

///

///

///

///

///

STIPULATED MOTION AND ORDER FOR LEAVE TO
CONDUCT LIMITED DISCOVERY - 3

**ORDER**

IT IS SO ORDERED.

Dated this 5th day of March, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR LEAVE TO
CONDUCT LIMITED DISCOVERY - 4