UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re The Matter Of:<br><br>THE COMPLAINT OF OLYMPIC TUG & BARGE, INC, CENTERLINE LOGISTICS CORP. AND HARLEY MARINE FINANCING LLC, as Owners and/or Operators of the Vessels BILL GOBEL and ZIDELL MARINE 277 for Exoneration from and Limitation of Liability,<br><br>Petitioners. | IN ADMIRALTY<br><br>Case No. 2:26-cv-00276-RSM<br><br>ORDER GRANTING EXTENSION OF DEFAULT DEADLINE TO PUBLISH NOTICE |

**<u>ORDER</u>**

This matter came before the Court upon Petitioners' motion to continue the Default Date deadline of March 16, 2026, set forth in the Court's January 28 Order (*see* ECF No. 8). The motion was made via a request for a telephonic hearing pursuant to LCR 7(i) and was supported by a declaration and exhibits showing that a publication error resulted in insufficient notice being published as required by Supplemental Admiralty Rule F. The Court finds good cause exists to continue the Default Date deadline to April 20, 2026 to allow Petitioners to complete publication pursuant to Rule 4(f).

//

//

ORDER GRANTING EXTENSION OF DEFAULT
DEADLINE TO PUBLISH NOTICE - 1

The motion is therefore GRANTED.  The new Default Deadline is April 20, 2026, and Petitioners are directed to publish notice as required by Rule F with the revised Default Deadline.

Dated this 18th day of March, 2026.

_____
Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF DEFAULT
DEADLINE TO PUBLISH NOTICE  - 2