THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re The Matter Of:<br><br>THE COMPLAINT OF OLYMPIC TUG & BARGE, INC, CENTERLINE LOGISTICS CORP. AND HARLEY MARINE FINANCING LLC, as Owners and/or Operators of the Vessels BILL GOBEL and ZIDELL MARINE 277 for Exoneration from and Limitation of Liability,<br><br>Petitioners. | IN ADMIRALTY<br><br>Case No. 2:26-cv-00276-RSM<br><br>UNOPPOSED MOTION AND ORDER TO WITHDRAW<br><br>**NOTED FOR CONSIDERATION:** MARCH 17, 2026 |

**UNOPPOSED MOTION**

Pursuant to LCR 83.2, Schwabe, Williamson & Wyatt, P.C. ("Schwabe"), through attorneys Molly J. Henry, Philip Lempriere, and Lillian Hubbard, hereby seeks leave to withdraw as counsel of record for Petitioner Harley Marine Financing LLC ("Harley Marine") only. Christopher Nicoll of Nicoll Black Altenbrun & Feig, P.S. has appeared and will continue to represent Harley Marine. Schwabe will continue as counsel for Centerline Logistics Corp. and Olympic Tug & Barge, Inc., only.

Pursuant to LCR 83.2(b), the undersigned confirms that this motion is being served on Harley Marine, via its counsel at Nicoll Black Altenbrun & Feig, P.S., and on opposing counsel, via the Court's ECF system. The parties have conferred and consent to this motion being filed as "unopposed."

UNOPPOSED MOTION TO WITHDRAW  - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

*We certify that this memorandum contains 120 words, in compliance with the Local Civil Rules.*

Dated: March 18, 2026


SCHWABE, WILLIAMSON & WYATT, P.C.


By:*/s/ Molly J. Henry*
    Molly J. Henry, WSBA #40818
    Email: mhenry@schwabe.com
    Philip Lempriere, WSBA #20304
    Email: plempriere@schwabe.com
    Lillian Hubbard, WSBA #55428
    Email: lhubbard@schwabe.com
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101

    *Withdrawing Attorneys for Harley*
    *Marine Financing LLC*


## ORDER

It is so ordered.

Dated this 18th day of March, 2026.

_____
THE HONORABLE RICARDO S. MARTINEZ
U.S. DISTRICT COURT JUDGE

UNOPPOSED MOTION TO WITHDRAW  - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th of March, 2026, I served the following UNOPPOSED MOTION TO WITHDRAW:

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

*/s/ Molly H. Henry*
Molly J. Henry WSBA #40818

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711